JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ERIC S. LEWIS, | ) | Case No. EDCV 10-602 MMM(JC) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| KELLY HARRINGTON, Warden, | ) | |
| Respondent. | ) | |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED: March 31, 2014

_____
HONORABLE MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE